**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KIMBERLY HODGES,** | **CIVIL ACTION** |
| Plaintiff, | |
| **v.** | |
| **BRISTOL-MYERS SQUIBB COMPANY,** | **NO. 23-5** |
| Defendant. | |

## O R D E R

**AND NOW**, this 28th day of July, 2023, upon consideration of Defendant Bristol-Myers Squibb Company's Motion to Compel Arbitration and Stay Case (ECF No. 7) and the responses thereto (ECF Nos. 10–11), **IT IS ORDERED** as follows:

1.  Defendant's Motion (ECF No. 7) is **GRANTED**.

2.  This matter is **STAYED** pending resolution of the arbitration proceedings.

3.  **On or before September 11, 2023**, Plaintiff shall submit her claims against Defendant to binding arbitration in accordance with the arbitration provisions outlined in the Mutual Arbitration Agreement ("Arbitration Agreement") attached to Defendants' Motion (ECF No. 7-2 at 5–9).

4.  Counsel for Defendant shall submit a status report to this Court on **the first day of each month, commencing on October 1, 2023**, to report on the status of the arbitration proceedings, including but not limited to the filing of a claim, the date scheduled for arbitration, and the outcome of any completed arbitration.

5.  **Within thirty (30) days of the completion of the arbitration proceedings**, both parties are directed to notify this Court that the arbitration has concluded, whether this matter has been resolved, and that the stay in this matter may be lifted.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**
_____
**HODGE, KELLEY B., J.**